AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wake, Neil V. | U.S. District Court, Arizona | 09/7/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 W. Washington St., SPC 52 Phoenix, AZ 85003 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE 2009 SEP 15 A 10: 48 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wake, Neil V**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed attorney and mediator |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Wake, Neil V. | | 09/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Apache Peak Inv., LLC | | None | M | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) (X) | | None | J | U | | | | | |
| 4. Interstate Ventures V Ltd. Ptshp | E | Distribution | L | U | | | | | |
| 5. BROKERAGE ACCT # 1 | | | | | | | | | |
| 6. --Morgan Stanley Active Assets Mon Tr ( Liquid Asset Fund) | A | Dividend | K | T | | | | | |
| 7. --DC Gen Obl Bond | A | Interest | | | Redeemed | 5-27 | K | | |
| 8. IRA # 1 | | | | | | | | | |
| 9. --MS Charter Campbell LP | | None | J | T | | | | | |
| 10. --MS CharterMSFCM LP | | None | J | T | | | | | |
| 11. --MS Charter Grahan LP | | None | J | T | | | | | |
| 12. IRA # 3 | C | Dividend | K | | | | | | |
| 13. --Morgan StanleyLiquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 14. --MS Charter Aspect LP | | None | J | T | Buy | 9-1 | J | | |
| 15. --MS Charter Graham | | None | J | T | Buy | 9-1 | J | | |
| 16. --MS Charter WCM LP | | None | J | T | Buy | 9-1 | J | | |
| 17. UTMA Acct # 3 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. --Liquid Asset Fund (MM) | | None | J | T | | | | | |
| 19. --MSIF Emerging Markets P Prospectus | A | Dividend | | | Sold | 12-31 | J | | |
| 20. --MSIF Active Intl Allocatn A Prospectus | A | Dividend | | | Sold | 12-31 | J | | |
| 21. --MSIF US Large Cap GR P0rt A Prospectus | A | Dividend | | | Sold | 12-31 | J | | |
| 22. --MSIF TR US Small Val Inst Prosp. | A | Dividend | | | Sold | 12-31 | J | | |
| 23. --MSIF TR Mid Cap Growth Inst Prosp. | A | Dividend | | | Sold | 12-31 | J | | |
| 24. --Van Kampen Growth & Inc I Prosp. | A | Dividend | | | Sold | 12-3 | J | | |
| 25. --Van Kampen Small Cap Growth I Prosp. | A | Dividend | | | Sold | 12-31 | J | | |
| 26. --MS Small-Mid Spec Value Fund D Prosp. | A | Dividend | | | Sold | 12-31 | J | | |
| 27. BROKERAGE ACCT # 3 | | | | | | | | | |
| 28. --SEI Tax-Free Fund (MM) | D | Dividend | N | T | Sold (part) | 1-25 | K | A | |
| 29. --SEI Tax-Free Fund (MM) | | | | | Sold (part) | 4-22 | J | A | |
| 30. --SEI Tax-Free Fund (MM) | | | | | Sold (part) | 10-6 | J | A | |
| 31. --SEI Tax-Free Fund (MM) | | | | | Buy (add'l) | 9-26 | J | | |
| 32. --SEI Tax-Free Fund (MM) | | | | | Sold (part) | 10-6 | J | A | |
| 33. --SEI Tax-Free Fund (MM) | | | | | Sold (part) | 10-17 | M | A | |
| 34. --SEI Tax-Free Fund (MM) | | | | | Sold (part) | 10-6 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SEI Tax-Mgd Large Cap Fund (MM) | C | Dividend | | | Sold | 10-9 | J | E | |
| 36. --SEI Small Cap Value Fund (Mut Fd) | C | Dividend | | | Sold | 10-9 | K | | |
| 37. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | | | Sold | 10-9 | K | | |
| 38. --SEI Intermediate-Term Municipal Fund (Mut Fd) | D | Dividend | M | T | Sold (part) | 10-9 | M | | |
| 39. --SEI Intermediate-Term --Municipal Fund ( Mut Fd) | | | | | Sold (part) | 10-22 | M | | |
| 40. --SEI International Fixed Income Fund (Mut Fd) | A | Dividend | | | Sold | 10-9 | L | A | |
| 41. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | | | Sold | 10-9 | K | | |
| 42. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | | | Sold | 10-9 | K | | |
| 43. --SEI International Equity Fund (Mut Fd) | D | Dividend | | | Sold | 10-9 | L | C | |
| 44. --SEI Emerging Markets Equity Fund | D | Dividend | | | Sold | 9-26 | K | D | |
| 45. --SEI Short Duration Munical Fd | B | Distribution | N | T | Buy | 9-26 | K | | |
| 46. --SEI Short Duration Munical Fd | | | | | Sold (part) | 10-22 | M | | |
| 47. --STET Tax-Advantaged Income Fd # 19 | A | Distribution | L | T | Buy | 9-26 | L | | |
| 48. --STET Tax-Advantaged Income Fd # 19 | | | | | Sold (part) | 10-22 | M | | |
| 49. --SEI Tax Managed Volatity Fd | A | Distribution | K | T | Buy | 9-26 | L | | |
| 50. --SEI Tax Managed Volatity Fd | | | | | Sold (part) | 10-22 | K | | |
| 51. --SEI Real Esate Fd | A | Distribution | L | T | Buy | 9-26 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SEI Real Esate Fd | | | | | Sold (part) | 10-22 | K | | |
| 53. --ING USA Annuity & Life Ins Co (annuity) | | None | M | T | Buy | 10-17 | M | | |
| 54. --Amer. Inv. Life Ins. Co. (annuity) | | None | N | T | Buy | 10-22 | N | | |
| 55. BROKERAGE ACCT # 4 | | | | | | | | | |
| 56. --SEI Tax-Mgd Large Cap Fund (Mt Fd) | B | Dividend | | | Sold | 9-26 | J | A | |
| 57. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | J | | |
| 58. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | J | | |
| 59. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | K | | |
| 60. --SEI International Fixed Income Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | J | A | |
| 61. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | J | | |
| 62. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | | | Sold | 9-26 | J | B | |
| 63. --SEI International Equity Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | J | A | |
| 64. --SEI Emerging Markets Equity Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | J | B | |
| 65. --Cisco Systems Inc (common) (tranfer from other acct) | | None | J | T | | | | | |
| 66. --SEI Short Duration Municipal Fd | A | Dividend | L | T | Buy | 9-26 | L | | |
| 67. -STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | Buy | 9-26 | J | | |
| 68. --SEI Tax Managed Volatility Fd | A | Dividend | J | T | Buy | 9-26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| - Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --SEI RealEsate Fd | A | Dividend | J | T | Buy | 9-26 | J | | |
| 70. --SEI Tax-Free Fd | A | Dividend | J | T | Buy | 9-26 | J | | |
| 71. BROKERAGE ACCT # 5 | | | | | | | | | |
| 72. --SEI Large Cap Growth Fund (Mut Fd) | D | Dividend | | | Sold | 9-26 | N | | |
| 73. --SEI Large Cap Value Fund (Mut Fd) | D | Dividend | | | Sold | 9-26 | M | | |
| 74. --SEI Small Cap Value Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | K | | |
| 75. --SEI Small Cap Growth Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | K | | |
| 76. --Medtronic Inc common stock | A | Dividend | | | Sold | 10-7 | K | | |
| 77. --Microsoft Corp common stock | A | Dividend | | | Sold | 10-7 | J | | |
| 78. --Verizon Communications common stock | A | Dividend | | | Sold | 10-7 | J | | |
| 79. --SEI International Equity Fund (Mut Fd) | D | Dividend | | | Sold | 9-26 | M | | |
| 80. --SEI Emerging Markets Equity Fund (Mut Fd) | E | Dividend | | | Sold | 9-26 | L | | |
| 81. --SEI Core Fixed Incom Fund (Mut Fd) | D | Dividend | | | Sold | 9-26 | K | | |
| 82. --SEI International Fixed Income Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | K | A | |
| 83. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | L | T | Buy (add'l) | 9-26 | L | | |
| 84. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | | | Sold | 9-26 | K | | |
| 85. --SEI Prime Obligation Fund (Money Market) | A | Dividend | K | T | Buy (add'l) | 9-26 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| - Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --SEI Prime Obligation Fund (Money Market) | | | | | Buy (add'l) | 10-7 | K | | |
| 87. --SEI Prime Obligation Fund (Money Market) | | | | | Sell part | 10-7 | J | A | |
| 88. --SEI Prime Obligation Fund (Money Market) | | | | | Sell part | 10-22 | O | A | |
| 89. --SIMT Enhanced Income (Fd) | A | Dividend | L | T | Buy | 9-26 | L | | |
| 90. --SEI Managed Volatity Fd | | Dividend | K | T | Buy | 9-26 | K | | |
| 91. --SEI Real Estate Fd | A | Dividend | _ J | T | Buy | 9-26 | J | | |
| 92. --SIMT Global Managed Volatility Fd | | Distribution | J | T | Buy | 9-26 | J | | |
| 93. --Jackson Nat. Life Ins. Co. (annuity) | | None | O | T | Buy | 10-22 | O | | |
| 94. Pinal County, AZ, land | | None | M | W | | | | | |
| 95. Mohave County, AZ, land | | None | K | W | | | | | |
| 96. Roth IRA # 4 | | | | | | | | | |
| 97. --Morgan Stanley Liquid Asset Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 98. Manulife Financial Life Ins | A | Dividend | K | T | | | | | |
| 99. Section 529 Account | | | | | | | | | |
| 100. --Ivy Capital Apprec. E (422) | | None | L | T | Buy | 10-4 | L | | |
| 101. IRA # 5-- | | | | | | | | | |
| 102. --Allilanz Life Ins Co of North Am (annuity) | | None | N | T | Buy | 8-23 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Trust # 5 (beneficiaries) | | | | | | | | | |
| 104.  --SEI Prime Obligation Fund | C | Int./Div. | L | T | Sold (part) | 10-16 | K | | |
| 105.  IRA # 6 | | | | | | | | | |
| 106.  --Morgan Stanely Liquid Assets Fund | A | Dividend | J | T | | | | | |
| 107.  --Legg Mason Ptnrs Inv Val A (formerly Salomon Investors) | A | Dividend | J | T | | | | | |
| 108.  --Fidelity Adv Intermed Bd T (reported sold, but only part) | A | Dividend | | | Sold | 11-7 | J | | |
| 109.  --Fidelity Adv Dvrsfd Intl A Propectus | A | Dividend | J | T | | | | | |
| 110.  --JP Morgan Mid Cap Calue A Prospecuts | A | Dividend | J | T | | | | | |
| 111.  --American Gr Fd of America F Prospectus | A | Dividend | J | T | | | | | |
| 112.  --Jellison Small Co A | A | Dividend | J | T | | | | | |
| 113.  --Am Europacific Grw Fd | A | Dividend | J | T | | | | | |
| 114.  --Blackrock US Opport. SVC | A | Dividend | | | Sold | 12-31 | J | | |
| 115.  --Western Asset Core Plus BD FI | | None | | | Buy | 11-7 | J | | |
| 116.  --Western Asset Core Plus Bd FI | | None | | | Sold | 12-30 | J | | |
| 117.  BROKERAGE ACCT # 6 | | | | | | | | | |
| 118.  --Morgan Stantley Mid-Cap Value Fund D | B | Dividend | | | Sold | 12-31 | J | | |
| 119.  --MSIF Active Intl Allocatn A | A | Dividend | | | Sold | 12-31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Van Kampen Grw & Inc A | A | Dividend | K | T | Sell part | 12-31 | K | | |
| 121.  --MSIF TR Small Co Growth A | A | Dividend | | | Sold | 12-31 | J | | |
| 122.  --MSIF Emerging Markets A | A | Dividend | | | Sold | 12-31 | J | | |
| 123.  --MSIF TR Mid Cap Growth Inst | B | Dividend | | | Sold | 12-31 | J | | |
| 124.  --MSIF TR Large Cap Growth Port A | A | Dividend | | | Sold | 12-31 | J | | |
| 125.  --MSIF TR US Small Cap Val Int | A | Dividend | | | Sold | 12-31 | J | | |
| 126.  Callon Petroleum Co (common) | | None | J | T | | | | | |
| 127.  BROKERAGE ACCT # 8 | | | | | | | | | |
| 128.  --Morgan Stanley Bank (transfer from other acct) | A | Interest | M | T | | | | | |
| 129.  --AZ Hlth Facs Auth Rv Bannerr Hlth-E W /7 | A | Interest | | | Sold | 4-3 | L | | |
| 130.  --AZ Hlth Facs Auth Rv Bannerr Hlth-F W /7 | A | Interest | | | Sold | 4-7 | L | | |
| 131.  BROKERAGE ACCT # 9 | | | | | | | | | |
| 132.  --MSIF Active Intl Allocat A | B | Dividend | | | Sold | 12-31 | K | | |
| 133.  --MSIF Intl Magnum A | A | Dividend | | | Sold | 11-7 | J | | |
| 134.  --Van Kampen Grow & Inc I | B | Dividend | | | Sold | 12-31 | K | | |
| 135.  --Van Kampen Small Cap Growth I | A | Dividend | | | Sold | 12-31 | J | | |
| 136.  --MSIF TR Mid Cap Growth INST | A | Dividend | | | Sold | 12-31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --MSIF US Large Cap Growth Port A | A | Dividend | | | Sold | 12-31 | J | | |
| 138. --MSIF TR US SMall Cap Val. Inst. | A | Dividend | | | Sold | 12-31 | J | | |
| 139. --MS Small-Mid Spec. Value Fund D | A | Dividend | | | Sold | 12-31 | J | | |
| 140. --MFS Total Return A | | None | K | T | Buy | 12-31 | K | | |
| 141. --Blackrock Equity Dividend A | | None | K | T | Buy | 12-31 | K | | |
| 142. --Columbia Select LG CP Growth A | | None | K | T | Buy | 12-31 | K | | |
| 143. IRA # 7 | C | Dividend | M | T | | | | | |
| 144. --MS Liquid Asset Fd | | | J | T | | | | | |
| 145. --Jennison Small Co A | | | | | Sold | 12-30 | J | | |
| 146. --Mainstay Hi Yld Corp Bond A | | | | | Sold | 12-30 | J | | |
| 147. --Western Asseet Core Inc. Bd FI | | | | | Sold | 12-30 | K | | |
| 148. --RS Partners A | | | | | Sold | 12-30 | J | | |
| 149. --MFS Research Intl A | | | | | Sold | 12-30 | J | | |
| 150. --Lazard Emerging Markets I | | | | | Sold | 12-30 | J | | |
| 151. --Am Growth Fd of Amer F | | | | | | | | | |
| 152. --JP Morgan Mid Cap Value A | | | | | Sold | 12-30 | J | | |
| 153. --Alliance Bernstein Intl Value A | | | | | Sold | 12-30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --TCW Divident Focused N | | | | | Sold | 12-30 | K | | |
| 155. --Blackrock US Opportunities SVC | | | | | Sold | 12-30 | J | | |
| 156. --Gabelli EQ Inc AAA | | | | | Buy | 12-30 | K | | |
| 157. --MS Strategist Fund A | | | | | Buy | 12-30 | J | | |
| 158. --American GR FD of America F | | | | | Buy | 12-30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The 2007 Report on line 208 listed "--MSIF TR US Small Cap Val. Inst" as an asset under "IRA # 7." That asset has been omitted from this Report without a transaction because it was listed by error in the 2007 Report.

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Wake, Neil V. | | 09/7/2009 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

